NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEN MCLAUGHLIN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 14-3430 (JAP) (TJB) |
| DOW JONES, et al., | : **ORDER** |
| Defendants. | : |

PISANO, District Judge.

Plaintiff, Len McLaughlin ("Plaintiff" or "McLaughlin"), brings this suit against Defendant Dow Jones & Company ("Dow Jones" or "Defendant"), alleging that Plaintiff was wrongly denied access to an employee grievance procedure. This matter comes before the Court on two motions. The first is a motion to remand this action to the New Jersey Superior Court, Middlesex County, brought by Plaintiff [ECF No. 8]. The second is a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) brought by Defendant Dow Jones [ECF No. 6]. For the reasons expressed in the accompanying Opinion,

**IT IS**, on this 29th day of January, 2015,

**ORDERED** that Plaintiff's Motion to Remand [ECF No. 8] is **DENIED**; and it is further

**ORDERED** that Defendant's Motion to Dismiss [ECF No. 6] is **GRANTED**. Accordingly, this matter is closed.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.